IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GRACIE FOSTER, et al.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:19-CV-00571 BSM**

**WALMART INC., et al.**                                                               **DEFENDANTS**

## ORDER

The defendants' motion to stay [Doc. No. 45] is granted. Courts are split on whether a district court must stay a case pending interlocutory appeal after denying a motion to compel arbitration. *See Enderlin v. XM Satellite Radio Holdings, Inc.*, Case No. 4:06-0032 GTE, 2006 WL 8445005 at *1 (E.D. Ark. Oct. 24, 2006). In this district, an interlocutory appeal from an order denying a motion to compel arbitration "divests the district court of jurisdiction." *Id. But see Dickson v. Gospel for Asia, Inc.*, Case No. 5:16-CV-05027, 2017 WL 7731214 at *1 (W.D. Ark. Feb. 8, 2017) (denying motion for stay). Accordingly, the motion is granted and this case is stayed pending resolution of the interlocutory appeal.

IT IS SO ORDERED this 15th day of May, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE