**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**FOSTER, ET AL.,**

Plaintiffs,

vs

Case No. 4:19-cv-00571-BSM

**WALMART ET AL.,**

Defendants.

## MOTION TO DISMISS CLAIMS OF CHRIS PETTIT WITHOUT PREJUDICE

**COMES NOW** Nickolas W. Allen, Attorney for Plaintiff Chris Pettit and respectfully moves the Court to dismiss the claims of Plaintiff Chris Pettit in the above-captioned matter without prejudice.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**
901 E. St. Louis St., Suite 1200
Springfield MO  65806
Telephone:  (417) 887-4949
Fax: (417) 887-8618
nick@dhhlawfirm.com

By_____/s/ Nickolas W. Allen_____
Nickolas W. Allen
Missouri Bar No. 69582
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users of record in this case.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**

By_____/s/ Nickolas W. Allen_____

DHH No. 25773-019