IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

GRACIE FOSTER, et al.                                                    PLAINTIFFS

v.                              CASE NO. 4:19-CV-00571-BSM

WALMART INC., et al.                                                    DEFENDANTS

## BRIEF IN SUPPORT OF MOTION FOR A STATUS CONFERENCE

Defendants Walmart Inc., Wal-Mart Stores Arkansas, LLC, and Wal-Mart Stores East, LP
(collectively "Walmart"), by and through their undersigned counsel, respectfully file this Brief in
Support of Motion for a Status Conference, and, in support thereof, incorporate the Motion for a
Status Conference, by reference.

 Dated:  December 20, 2021

                                        Michael W. McTigue Jr. (PA Bar No. 69548)
                                        Meredith C. Slawe (PA Bar No. 201489)
                                        **COZEN O'CONNOR**
                                        One Liberty Place
                                        1650 Market Street, Suite 2800
                                        Philadelphia, Pennsylvania 19103
                                        Telephone: (215) 665-2000
                                        Facsimile:  (215) 665-2013
                                        mmctigue@cozen.com
                                        mslawe@cozen.com

                                        Vincent O. Chadick (94075)
                                        **QUATTLEBAUM, GROOMS & TULL PLLC**
                                        4100 Corporate Center Drive, Suite 310
                                        Springdale, Arkansas 72762
                                        Telephone: (479) 444-5200
                                        Facsimile: (479) 444-6647
                                        vchadick@qgtlaw.com

                                        John E. Tull III (84150)
                                        **QUATTLEBAUM, GROOMS & TULL PLLC**
                                        111 Center Street, Suite 1900
                                        Little Rock, Arkansas 72201
                                        Telephone: (501) 379-1700
                                        Facsimile: (501) 379-1701
                                        jtull@qgtlaw.com

James F. Bennett (MO Bar No. 46826)
**DOWD BENNETT LLP**
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jbennett@dowdbennett.com

*Attorneys for Defendants Walmart Inc.,*
*Wal-Mart Stores Arkansas, LLC, and*
*Wal-Mart Stores East, LP*