IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **GRACIE FOSTER, et. al.** | |
| Plaintiffs, | |
| vs. | Case No. 4:19-CV-00571-BSM |
| **WALMART, et. al.** | |
| Defendants. | |

## NOTICE OF SUBPOENA

**COMES NOW**, Plaintiff, through counsel, and pursuant to Rule 45(a)(4) provides notice to all parties of record in this proceeding of the issuance of a subpoena directed to Judicial Arbitration Mediation Services, Inc. a/k/a JAMS in the form filed herewith as an exhibit.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**
901 E. St. Louis St., Suite 1200
Springfield MO  65806
Telephone:  (417) 887-4949
Fax: (417) 887-8618
nick@dhhlawfirm.com

By	/s/ Nickolas W. Allen
	Nickolas W. Allen
	Missouri Bar No. 69582
	Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users of record in this case.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**

By	/s/ Nickolas W. Allen

**DHH  File No. 25773-001**