IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GRACIE FOSTER,** *et al.*                                          **PLAINTIFF**

**v.**                  **CASE NO. 4:19-CV-00571-BSM**

**WALMART INC.,** *et al.*                                       **DEFENDANTS**

## <u>ORDER</u>

The joint motion to stay [Doc. No. 75] is granted, and all deadlines are stayed pending the June 8, 2022 mediation. The parties are directed to provide a status update by June 22, 2022.

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE