## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GRACIE FOSTER, et al.**                                             **PLAINTIFFS**

**v.**                          **CASE NO. 4:19-CV-00571-BSM**

**WALMART INC., et al.**                                             **DEFENDANTS**

### ORDER

The parties have filed a joint stipulation of dismissal. *See* Doc. No. 83. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this 19th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE