IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GRACIE FOSTER, et al.**                                                                              **PLAINTIFFS**

v.                              **CASE NO. 4:19-CV-00571-BSM**

**WALMART INC., et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE